# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ARTAK ARUTYUNYAN YURIKOVICH**

      **Petitioner,**

**v.**                                        **No. CV 10-663 BB/LAM**

**ERIC HOLDER, et al.,**

      **Respondents.**

## ORDER TO CURE DEFICIENCY

      **THIS MATTER** is before the Court on Petitioner's ***Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)***, filed July 15, 2010.  The Court determines that Petitioner's filings are deficient, specifically, because the $5.00 filing fee has not been paid and Petitioner has not filed an application to proceed *in forma pauperis*.  Failure to cure the designated deficiencies **within thirty (30) days from entry of this order** may result in dismissal of this proceeding without further notice.

      **IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above **within thirty (30) days from entry of this order**.  Any papers that Petitioner files in response to this order must include the civil cause number (CV 10-663 BB/LAM) of this case.

      **IT IS FURTHER ORDERED** that the Clerk of the Court mail to Petitioner, together with a copy of this order, the following forms: 2 copies of an application to proceed *in forma pauperis*.

      **IT IS SO ORDERED.**

*Lourdes a. Martinez*
_____
**LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**